UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS JEFFERSON CAIN, III,

    Plaintiff,

v.                                                                                  Case No. 1:14-cv-463
                                                                                    Hon. Hugh W. Brenneman, Jr.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

The decision of the Commissioner is **REVERSED** and the case is **REMANDED** to the Commissioner for an award of benefits as outlined in the Opinion.

**IT IS SO ORDERED.**


Dated:  July 16, 2015                                        /s/ Hugh W. Brenneman, Jr.
                                                                         HUGH W. BRENNEMAN, JR.
                                                                         United States Magistrate Judge